AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00341 |
| Kyle Andrew Campbell | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 12/7/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Kyle Andrew Campbell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in the Capitol Grounds or Building )
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building ).

2023.12.07
11:31:23
-05'00'

Date:     12/07/2023
*Issuing officer's signature*

City and state:     Washington, D.C.       Robin M. Meriweather , U.S.Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/07/2023 , and the person was arrested on *(date)* 12/11/2023
at *(city and state)*   Columbus, OH   .

Date: 12/11/2023
*Arresting officer's signature*

Bradley Hajdin, Special Agent - FBI
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                                    Case No.  2:23-mj-680

Kyle Campbell

COURTROOM   MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 12/11/2023 1:30pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Jessica Knight |
| Recorder: | CourtSmart | Counsel for Deft(s). | Rosie Brown |
| Interpreter: | | Pretrial/Probation: | Leticia Vazquez-Villa |

Initial Appearance & Bond Hearing

-Dft advised of rights, penalties, and charges
-Financial Affidavit submitted, Federal Public Defender Rosie Brown appointed
-Government agrees to conditions of release
-Dft released on O/R Bond
-Zoom Hearing set in District of Columbia for 12/19/2023 at 12:30pm; Preliminary Hearing set in this district for 1/2/2023 at 1:30pm before Magistrate Judge Deavers

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | Case No. 2:23-mj-680 |
| **KYLE CAMPBELL,** : | |
| : | **MAGISTRATE JUDGE VASCURA** |
| **Defendant.** : | |

## DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

**IT IS SO ORDERED.**

/s/Chelsey M. Vascura
**Chelsey M. Vascura**
**United States Magistrate Judge**

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-mj-680 |
| ) | |
| Kyle Andrew Campbell ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:23-mj-341 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court, District of Columbia | Courtroom No.: zoom |
|---|---|
| | Date and Time: 12/19/2023 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/14/2023

/s/Chelsey M. Vascura
*Judge's signature*

Chelsey M. Vascura, United States Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00680-CMV-1

Case title: USA v. Campbell

Date Filed: 12/07/2023

Other court case number: 1:23-mj-341 District of Columbia

Assigned to: Magistrate Judge Chelsey M. Vascura

**Defendant (1)**

Kyle Andrew Campbell     represented by     **Rosana E. Brown**
Federal Public Defender
Southern District of Ohio
10 W. Broad St., Ste. 1020
Columbus, OH 43215
614-469-2999
Fax: 614-469-5999
Email: rosie_brown@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

18:111A.M, 18:231.F, 18:1752.P, 40:5104E.M, 40:5104E.M

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jessica W Knight** <br> United States Attorney's Office <br> 303 Marconi Boulevard <br> Suite 200 <br> Columbus, OH 43215 <br> 614-469-5715 <br> Fax: 614-469-5653 <br> Email: jessica.knight@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2023 | | Arrest of Kyle Andrew Campbell (agm) (Entered: 12/11/2023) |
| 12/11/2023 | 2 | Minute Entry for proceedings held before Magistrate Judge Chelsey M. Vascura:Case unsealed, Initial Appearance in Rule 5(c)(3) Proceedings as to Kyle Andrew Campbell held on 12/11/2023 Appearance entered by Rosana E. Brown for Kyle Andrew Campbell on behalf of defendant. (agm) (Entered: 12/11/2023) |
| 12/11/2023 | 3 | Due Process Protections Act Order as to Kyle Andrew Campbell. Signed by Magistrate Judge Chelsey M. Vascura on 12/11/2023. (agm) (Entered: 12/11/2023) |
| 12/11/2023 | 4 | CJA 23 Financial Affidavit by Kyle Andrew Campbell. (agm) (Entered: 12/11/2023) |
| 12/11/2023 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Kyle Andrew Campbell by Magistrate Judge Chelsey M. Vascura on 12/11/2023. (agm) (Entered: 12/11/2023) |
| 12/11/2023 | 5 | ORDER Setting Conditions of Release as to Kyle Andrew Campbell (1) O/R Bond. Signed by Magistrate Judge Chelsey M. Vascura on 12/11/2023. (agm) (Entered: 12/11/2023) |
| 12/11/2023 | | NOTICE OF HEARING as to Kyle Andrew Campbell <br><br> Hearing set for 12/19/2023 at 12:30 PM via Zoom Meeting before Judge Faruqui in the District of Columbia. Preliminary Hearing set for 1/2/2024 01:30 PM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. (agm) (Entered: 12/11/2023) |
| 12/14/2023 | 6 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Kyle Andrew Campbell. Signed by Magistrate Judge Chelsey M. Vascura on 12/14/2023. (agm) (Entered: 12/14/2023) |