**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL CASE NO. |
| | : |
| v. | : MAGISTRATE CASE NO. 23- |
| | : MJ-341 (RMM) |
| **KYLE ANDREW CAMPBELL** | : |
| | : VIOLATIONS: |
| Defendant. | : |
| | : 18 U.S.C. § 111(a)(1) |
| | (**Assaulting, Resisting, or** |
| | **Impeding Certain Officers**) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **KYLE ANDREW CAMPBELL** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Kyle M. McWaters*

Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20530