October 2, 2024

To the Honorable Judge Randolph Moss,

    First, I would like to apologize for my actions on January 6, 2021. I allowed myself to be swayed by the mob and committed acts that were stupid, illegal, dangerous and morally wrong. I of my own free will placed myself in an adversarial position, not only towards the Capital Police but also to the United States Government. I am embarrassed and ashamed of my actions on January 6th. I will not abdicate my responsibility; I will not make light of my actions or attempt to place blame anywhere else except squarely on myself. My actions were my own. A core tenet of our reality is cause and effect. I brought this upon myself.

    While I deeply regret my behavior on January 6th, I do not regret that it happened. My life has been radically altered since that day. I've experienced both the tenebrous and illuminating, I've gone through my greatest heartbreaks and my loftiest joys. I've worked tirelessly to correct the evils and misgivings within my own soul and to perform an inner alchemy to transmute the lead and gross to the gold and subtle. In the remainder of this letter, I'd like to share some of my experiences since 2021 to give a greater context of my transformation as a man and to shed light on how much this case has aided me in my development.

    As I began my journey towards Washington D.C. that cold winter morning, I thought I had a good idea of what my future held. My daughter Kyle Pamela was three months old; her mother and I were engaged; we were getting ready to move into a new apartment and we were both thrilled to be parents. On the surface all appeared harmonious but the Grand Architect perceived a different vision for how the next few years would unfold for me. It wasn't long before major rifts started to show themselves.

    In the Spring of 2021, I unearthed an unsettling truth. My fiancé, the women I had been with since high school and the mother of my daughter was cheating on me. On one hand I was ashamed of my cuckoldry on the other hand I did not want my daughter to grow up in a broken home. Try as we might her mother and I were unable to mend our wounds. That Summer we decided to separate. This was a hard pill to swallow. I had never lived alone up until that time my daughter would now have to split her time between her parents at such a young age and the future, I had so easily envisioned, was now a pile of rubble. I was a bit disappointed.

    At the same time my older sister Sarah was in long-term rehab. She had struggled with an opioid addiction for ten years but at this time she was doing better than ever. She and I had always been extremely close; our mother passed away from cancer when we



were both very young. This misfortune created a deep bond between Sarah and I. We relied heavily upon one another all our lives. Our relationship, however, had strained a bit over the years. She had her addiction to contend with and I had my own devils nipping at me as well. In September of 2021 Sarah was kicked out of rehab and needed somewhere to live. I was more than happy to have her come and live with me. I had been lonely and welcomed the company, and the help Sarah would bring me. Sarah, my daughter and I spent all our time together for the next two months. I am beyond grateful to have had that time with her. We were able to heal our relationship, and we helped one another traverse uncharted waters in our lives. On November ninth, however, everything changed.

    It was a Tuesday evening, I arrived home later than usual and upon entering I saw my big sister laying on my couch lifeless, my heart sank, and I was gripped with shock. I called 911 and attempted CPR until they arrived but Sarah was gone. She died of a fentanyl overdose. I lost the one person who knew exactly what I had gone through in life and shared the experience with me, I lost my best friend.

    This was the darkest period of my life. My soul sank into depths I never thought it could. My heart was broken and I was totally blind to my path forward. Always present, however, was my angel, my light in darkness Kyle Pamela. It was as if God delivered her to me at the precise time, I would need her the most. She was and is my saving grace. My love for her and her love for me was my compass out of the abyss of sorrow. As time moved on, I came to terms with all that had happened that fateful year. My sole focus was my daughter. This was a very peaceful and happy time in my life filled with wonderful memories and time well spent with my daughter. I would soon discover that my dark night of the soul was not yet over, and fate had a big surprise in store.

    On December 11, 2023, in the early morning I was startled out of my peaceful sleep by a ferocious banging on my front door. I nervously descended my staircase to the door and yelled "who is it"? The response was shocking. It was the FBI with the mission of arresting me. I opened the door and was cuffed, my daughter still sleeping upstairs was all I could think about. Thankfully the agents were extremely professional and kind. They treated me and my daughter with respect and allowed me to stay with my daughter while they went to inform my father of what was taking place. My dad came and got Kyle Pamela, and I left with the FBI to jail.

    As I sat contemplating in my jail cell, I came to the realization that the only way out of this mess is through. I resolved to face this challenge with courage and honor. I decided then and there that I would take this as an opportunity for refinement, as a test of my will and as a strengthening of my faith. I know the odyssey I've endured over the past few years is not without meaning. My soul needed this process of putrefaction. I've been given a



wonderful opportunity to rise from the ashes of my old life anew and I don't plan on squandering it.

      In conclusion your Honor, I've worked diligently to right the wrongs within my own soul. I'm not finished. I believe this is a lifelong work, but I have made substantial gains. I have learned much not only from my mistakes on January 6th but also from reflecting on all my past sins. I will strive to be a better Father, Son and Man and to live my life in a moral and honest fashion. While I hope to avoid imprisonment, I will accept with dignity whatever your decision may be, and I will work to make the most of my lot.


    With sincerity and respect,

    Kyle Andrew Campbell

*[signature]*